**Judith K. WHEELER, Appellant,**

v.

**CITY OF UNIVERSITY CITY, Missouri, and Board of Trustees of the Police and Fireman's Retirement Fund, Respondents.**

**No. ED 75793.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 7, 1999.

William E. Moench, St. Louis, for appellant.

Gregg M. Lemley, St. Louis, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ.

*ORDER*

PER CURIAM.

Appellant Judith Wheeler appeals the summary judgment entered by the Circuit Court of St. Louis County in favor of Respondent, City of University City and the Board of Trustees of the Police and Firemen's Retirement Fund, on Appellant's claim for service-connected disability benefits.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Judgment affirmed.